IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00627-CMA-MEH

SANDI SKUBIS,

     Plaintiff,

v.

LEGAL SERVICES OF DENVER, LLC, d/b/a Russell W. Richardson, Attorney-at-Law Collections Division,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 12, 2014.**

     Plaintiff's Unopposed Motion for Leave to Amend Complaint and to Modify Schedule [filed May 11, 2014; docket # 10] is **denied without prejudice**, **granted in part and denied in part**. First, although not clearly articulated, the Court surmises that Plaintiff seeks leave, rather than files an amended complaint as a matter of course, because no responsive pleading or motion was filed before the May 2, 2014 deadline. However, for a court to determine whether "justice so requires" an amendment, the Court must be able to consider the amendment itself. Accordingly, the Court denies the motion without prejudice; if Plaintiff determines to re-file the motion, she must attach a copy of the proposed amended pleading.

     Second, through her motion, Plaintiff informs the Court that her claim against the named Defendant has settled, but she intends to file her claim against a new defendant; consequently, she asks that the Court reschedule the Scheduling Conference to allow her time to serve the new Defendant. The Court notes that this case was filed on February 28, 2014 and 90 days will have passed by the time of the currently scheduled conference. However, in the interest of judicial efficiency, the Court will reschedule the conference as follows:

     The Scheduling Conference currently set for May 30, 2014 is **vacated and rescheduled** to **July 9, 2014**, at **10:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

     Parties or lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling conferences by telephone. Please contact Chambers at (303) 844-4507 at least five business days prior to the scheduling conference to arrange appearance by telephone. Lawyers

appearing by telephone must ensure that the proposed Scheduling Order is filed electronically and by email no later than five business days prior to the scheduling conference, in accordance with the instructions in this minute order.

It is further ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) on or before **June 18, 2014**.  Pursuant to Fed. R. Civ. P. 26(d), no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the Court.

The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than five (5) business days** prior to the scheduling conference.  **The proposed Scheduling Order is also to be submitted in a useable format (i.e., Word or WordPerfect only) by email to Magistrate Judge Hegarty at *Hegarty_Chambers@cod.uscourts.gov*.**

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded in richtext format from the Standardized Order Forms section of the Court's website, found at http://www.co.uscourts.gov/forms_frame.htm.**  All Scheduling Conferences held before a Magistrate Judge utilize the same scheduling order format, regardless of the District Judge assigned to the case.

Any out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the Scheduling Conference.

The parties are further advised that they shall not assume that the Court will grant the relief requested in any motion.  Failure to appear at a Court-ordered conference or to comply with a Court-ordered deadline which has not been vacated by Court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2(b).