IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00627-CMA-MEH

SANDI SKUBIS,

    Plaintiff,

v.

DAVIS ROGERS & ASSOCIATES, LLC, and
QUINTON DANTE ROGERS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2014.**

    In the interest of justice, Plaintiff's Unopposed Motion for Leave to Amend Complaint [filed May 29, 2014; docket # 13] is **granted**. The Clerk of the Court is directed to file the Amended Complaint, located at docket #14, and to amend the caption of this case accordingly. The Plaintiff shall serve the new Defendants in accordance with Fed. R. Civ. P. 4 and all applicable rules, orders and law.